UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

IN RE PETITION OF NATIONAL SECURITY : **ORDER**
ARCHIVE, AMERICAN HISTORICAL :
ASSOCIATION, AMERICAN SOCIETY OF : Misc. No. 11-188 (Part I)
LEGAL HISTORY, ORGANIZATION OF :
AMERICAN HISTORIANS, SOCIETY OF :
AMERICAN ARCHIVISTS, AND SAM :
ROBERTS FOR ORDER DIRECTING RELEASE :
OF GRAND JURY MINUTES :
:

------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:



Because of ongoing proceedings in this case, and the advisability that due to my familiarity with the case, that I continue presiding over it, the Clerk is directed to assign a civil docket number to this case.

In view of previous filings by the parties already exceeding the standard $350.00 filing fee, any further filing fees are to be waived.

SO ORDERED.

Dated:   July 23, 2008
         New York, New York

                                      _____
                                      ALVIN K. HELLERSTEIN
                                      United States District Judge

CERTIFIED AS A TRUE COPY ON

THIS DATE 7-24-08

BY _____
        Clerk
        Deputy