USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/08



GEORGETOWN UNIVERSITY LAW CENTER

*David C. Vladeck*
Professor of Law

July 29, 2008

Via Federal Express

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1050
New York, NY 10007



RECEIVED
JUL 29 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

*The letters will be made part of the court file.*
*7-30-08*
*AKHellerst*

Re: *In re National Security Archive, et al.*, Misc. No. 11-188 (Part I)

*Court Case No. 08 CIV. 6599*

Dear Judge Hellerstein:

    I am writing respectfully to request that the Court provide counsel for petitioners copies of the two letters submitted to the Court by counsel for David Greenglass. As the Court is aware, Mr. Greenglass's lawyer failed to serve these letters on petitioners' counsel. At the hearing on July 22, the Court read the letters into the record. But petitioners were unable to obtain copies at that time. To ensure the completeness of the record, and to assist petitioners in evaluating whether to take further action on the Greenglass grand jury testimony, we ask that the Court to provide petitioners copies of the letters. For the Court's convenience, I have enclosed a self-addressed, pre-paid federal express label.

    Please let me know if you have questions about this matter.

Respectfully submitted,

David C. Vladeck
Attorney for Petitioners

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/08

cc:    Mr. Andrew McNeela
        Ms. Debra Raskin

600 New Jersey Avenue NW   Suite 312   Washington DC 20001-2075
(202) 662-9540   FAX: (202) 662-9634