**U.S. Department of Justice**





AUG 2 8 2008

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3d Floor*
*New York, New York 10007*

August 27, 2008

*BY HAND*
Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
    United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

      Re:    *In re Petition of National Security Archive, et al.,*
              08 Civ. 6599 (AKH)

Dear Judge Hellerstein:

      In accordance with Your Honor's August 26, 2008 Order in the above-referenced matter, I
respectfully enclose a letter this Office received from Ms. Miriam Moskowitz indicating that,
contrary to her prior stated position, she does not oppose the disclosure of her grand jury
testimony.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: ANDREW M. McNEELA
Assistant United States Attorney
86 Chambers Street, 3d Floor
New York, New York 10007
Telephone:  (212) 637-2741
Facsimile:   (212) 637-2750
Email: andrew.mcneela@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08

(Enclosure)

`

cc:    *BY FEDERAL EXPRESS*
David C. Vladek, Esq.
Kathryn A. Sabbeth, Esq.
Georgetown University Law Center
Institute for Public Representation
600 New Jersey Avenue, NW
Washington, DC 20001

Debra L. Raskin, Esq.
Vladeck, Wladman, Elias & Engelhard, P.C.
1501 Broadway
New York, NY 10036

404 Mountain Avenue
Washington Twp., N.J.07676
August 26, 2008

Mr. Andrew M. McNeela
Assistant United States Attorney
86 Chambers Street   3d fl.
New York, N.Y.   10007

Dear Mr. McNeela:

As I discussed with you yesterday, and contrary to my earlier
advice to you on this matter, I do not oppose the release of
my grand jury testimony of 1950 in the matter of the United
States of America vs. Abraham Brothman and Miriam Moskowitz.

Very  sincerely,

Miriam Moskowitz

FAX NO 212-637-2750